# EXHIBIT B
*Email Thread with NGCB*

# EXHIBIT B
*Email Thread with NGCB*

| | |
|---|---|
| **From:** | John S. Michela |
| **To:** | Bamberger, Nowell D. |
| **Cc:** | Solomon, Matthew; Robertson, Caleb J. |
| **Subject:** | RE: Cease and Desist Letter to North American Derivatives Exchange |
| **Date:** | Wednesday, May 28, 2025 6:18:52 PM |

**This Message Is From Unexpected Sender**
This message has been flagged because it's from a sender who you have not communicated with previously, and also based on other people's types of interactions with messages from this sender. If you were not expecting this email, be cautious about responding or opening any links.

Mr. Bamberger,

I am in receipt of your e-mails regarding the Cease-and-Desist Letter (C&D) from my client, the Nevada Gaming Control Board (Board), and your request to discuss this matter further. I have discussed your email with my client. Any response from your client, North American Derivatives Exchange, Inc., dba Crypto.com | Derivatives North America, to the C&D should be submitted to Board Chairman Kirk Hendrick in writing with a copy to me.

You also asked how the Board intends to proceed in light of the federal injunction issued in the Kalshi case. During the hearing held by the Court on May 15th, the judge specifically clarified that the preliminary injunction only applies to action against Kalshi.

We look forward to your response to the C&D and anticipate that your client will respect the Board's statutory mandate to strictly regulate gaming to protect Nevada's citizens and visitors and ensure the continued growth and success of Nevada's licensed and regulated gaming industry.

Thank You,

John

John S. Michela
Senior Deputy Attorney General
Gaming Division
Nevada Office of the Attorney General
775-687-2118

NOT FOR RELEASE: The information contained in this e-mail is an unofficial analysis and is not meant for publication or dissemination. This e-mail has not been subjected to the peer review process required of all official Attorney General's opinions and is intended for the recipients ONLY. This analysis is based upon the facts that were presented to the author. Any changes in facts could alter this analysis accordingly. This analysis is confidential under attorney client privilege and/or attorney work product.

**From:** Bamberger, Nowell D. <nbamberger@cgsh.com>
**Sent:** Wednesday, May 28, 2025 2:00 PM
**To:** John S. Michela <JMichela@ag.nv.gov>
**Cc:** Solomon, Matthew <msolomon@cgsh.com>; Robertson, Caleb J. <cjrobertson@cgsh.com>
**Subject:** RE: Cease and Desist Letter to North American Derivatives Exchange

**WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Dear Mr. Michela –

Referring to my email below, please let us know if there is a time when we can speak on this matter.

Best,
Nowell

---

**Nowell D. Bamberger**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mstefanick@cgsh.com
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1752
nbamberger@cgsh.com | clearygottlieb.com

---

**From:** Bamberger, Nowell D.
**Sent:** Thursday, May 22, 2025 10:27 PM
**To:** JMichela@ag.nv.gov
**Cc:** Solomon, Matthew <msolomon@cgsh.com>
**Subject:** Cease and Desist Letter to North American Derivatives Exchange

Dear Mr. Michela:

We represent North American Derivatives Exchange Inc. ("CDNA"), which received a Cease and Desist letter from your office dated May 20, 2025.

Please let us know if there is a good time to discuss this matter with you early next week. We would like to have the opportunity to engage with you, and also would like to gain a better understanding of how the Board intends to proceed in light of the federal injunction issued in the case involving Kalshi.

Thank you very much, and we look forward to speaking.

Regards,
Nowell

---

**Nowell D. Bamberger**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mstefanick@cgsh.com

2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1752
nbamberger@cgsh.com | clearygottlieb.com

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "Firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated firms or entities, and the term "offices" includes offices of those affiliated firms or entities. The term "partner" in relation to Cleary Gottlieb means a member, or an employee or consultant with equivalent standing and qualifications of Cleary Gottlieb.

For information about how the Firm collects and uses your personal data, please see our Privacy Statement.