[*Counsel listed on signature page*]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| North American Derivatives Exchange, Inc. d/b/a Crypto.com \| Derivatives North America,<br><br>Plaintiff,<br><br>v.<br><br>Kirk D. Hendrick, in his official capacity as Chairman of the Nevada Gaming Control Board; George Assad, in his official capacity as a Member of the Nevada Gaming Control Board; Chandeni K. Sendall, in her official capacity as a Member of the Nevada Gaming Control Board; the State of Nevada on relation of the Nevada Gaming Control Board; Aaron D. Ford, in his official capacity as Attorney General of Nevada,<br><br>Defendants. | Case No.: 2:25-cv-00978-APG-DJA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND PLAINTIFF'S REPLY**<br><br>**(First Request)** |

Plaintiff and Defendants, by and through undersigned counsel, hereby stipulate and request that the Court extend the deadlines for submitting Defendants' opposition to, and Plaintiff's reply in support of, Plaintiff's motion for preliminary injunction filed on June 5, 2025 (ECF No. 15). This is the first stipulation for extension of time to file these motions. In support thereof, the parties state as follows:

1. On June 3, 2025, Plaintiff initiated the instant proceedings in this Court. (ECF No. 1).

2. On June 5, 2025, Plaintiff filed its motion for preliminary injunction ("Motion"). (ECF No. 15). Plaintiff served a copy of the Motion on counsel for Defendants that same day.

3. Under Local Rule 7-2, Defendants' opposition to the Motion is due on June 20, 2025.

4.  The parties have conferred regarding appropriate next steps in this litigation, and agree that additional time would be useful in presenting the dispute over Plaintiffs' Motion to the Court, in part because of the upcoming federal holidays. This stipulation is made in good faith and not for the purposes of delay.

5.  The parties hereby request that the Court extend the deadlines for Defendants' opposition to the Motion and Plaintiff's reply in support of the Motion as follows:

    a.  Deadline for Defendants' opposition to the Motion: July 3, 2025.

    b.  Deadline for Plaintiff's reply in support of the Motion: July 17, 2025.

Respectfully Submitted: June 23, 2025.

| | |
|---|---|
| /s/ Bradley Austin_____ | /s/ Jessica E. Whelan_____ |
| Bradley Austin | Jessica E. Whelan, Esq. |
| Nevada Bar No. 13064 | STATE OF NEVADA |
| SNELL & WILMER | OFFICE OF THE ATTORNEY GENERAL |
| 1700 South Pavilion Center Drive, Suite 700 | 1 State of Nevada Way, Suite 100 |
| Las Vegas, Nevada 89135 | Las Vegas, NV 89119 |
| baustin@swlaw.com | JWhelan@ag.nv.gov |
| | *Attorney for Kirk D. Hendrick, George Assad, Chandeni K. Sendall, Nevada Gaming Control Board, and Aaron D. Ford* |
| Nowell D. Bamberger | |
| *pro hac vice* | |
| Matthew C. Solomon | |
| *pro hac vice* | |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | |
| 2112 Pennsylvania Ave. NW | |
| Washington, DC 20037 | |
| 202-974-1500 | |
| nbamberger@cgsh.com | |
| msolomon@cgsh.com | |

*Attorneys for North American Derivatives Exchange, Inc., d/b/a Crypto.com | Derivatives North America*

**IT IS SO ORDERED:**

_____
CHIEF UNITED STATES DISTRICT COURT JUDGE

DATED: June 24, 2025

- 2 -