[*Counsel listed on signature page*]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

North American Derivatives Exchange, Inc. d/b/a Crypto.com | Derivatives North America,

    Plaintiff,

    v.

Kirk D. Hendrick, in his official capacity as Chairman of the Nevada Gaming Control Board; George Assad, in his official capacity as a Member of the Nevada Gaming Control Board; Chandeni K. Sendall, in her official capacity as a Member of the Nevada Gaming Control Board; the State of Nevada on relation of the Nevada Gaming Control Board; Aaron D. Ford, in his official capacity as Attorney General of Nevada,

    Defendants.

Case No.: 2:25-cv-00978-APG-DJA

**JOINT STIPULATION AND ORDER TO EXTEND TIME TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND PLAINTIFF'S REPLY**

**(Second Request)**

Plaintiff and Defendants, by and through undersigned counsel, hereby stipulate and request that the Court extend the deadlines for submitting Defendants' opposition to, and Plaintiff's reply in support of, Plaintiff's motion for preliminary injunction filed on June 5, 2025 (ECF No. 15). This is the second stipulation for extension of time to file these motions. In support thereof, the parties state as follows:

1. On June 3, 2025, Plaintiff initiated the instant proceedings in this Court. (ECF No. 1).

2. On June 5, 2025, Plaintiff filed its motion for preliminary injunction ("Motion"). (ECF No. 15). Plaintiff served a copy of the Motion on counsel for Defendants that same day.

3. Under Local Rule 7-2, Defendants' opposition to the Motion was due on June 20, 2025.

4. On June 23, 2025, the parties filed a Joint Stipulation and [Proposed] Order to Extend Time to File Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction and Plaintiff's Reply ("Joint Stipulation"). (ECF No. 29). Per the Joint Stipulation, Defendants' opposition to the Motion was due on July 3, 2025, and Plaintiff's reply in support of the Motion was due July 17, 2025.

5. On June 24, 2025, this Court granted the Joint Stipulation. (ECF No. 32).

6. The parties have conferred regarding the briefing schedule, and agree that given the Independence Day holiday and related scheduling considerations, a further extension would be useful in presenting the dispute over Plaintiffs' Motion to the Court. This stipulation is made in good faith and not for the purposes of delay.

/ / /

7. The parties hereby request that the Court extend the deadlines for Defendants' opposition to the Motion and Plaintiff's reply in support of the Motion as follows:

    a. Deadline for Defendants' opposition to the Motion: July 10, 2025.

    b. Deadline for Plaintiff's reply in support of the Motion: July 29, 2025.

Respectfully Submitted: July 2, 2025.

*/s/ Bradley Austin*
Bradley Austin
Nevada Bar No. 13064
baustin@swlaw.com
SNELL & WILMER
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

Nowell D. Bamberger
*pro hac vice*
Matthew C. Solomon
*pro hac vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Ave. NW
Washington, DC 20037
202-974-1500
nbamberger@cgsh.com
msolomon@cgsh.com

*Attorneys for North American Derivatives Exchange, Inc., d/b/a Crypto.com | Derivatives North America*

*/s/ Jessica Whelan*
Jessica E. Whelan, Esq.
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119

*Attorney for Kirk D. Hendrick, George Assad, Chandeni K. Sendall, Nevada Gaming Control Board, and Aaron D. Ford*

**IT IS SO ORDERED:**

_____
CHIEF UNITED STATES DISTRICT COURT JUDGE

DATED: July 3, 2025