1  [*Counsel listed on signature page*]

2

3

4

5

6

7

8  **UNITED STATES DISTRICT COURT**
9  **DISTRICT OF NEVADA**

| | |
|---|---|
| North American Derivatives Exchange, Inc. d/b/a Crypto.com \| Derivatives North America,<br><br>Plaintiff,<br><br>v.<br><br>Kirk D. Hendrick, in his official capacity as Chairman of the Nevada Gaming Control Board; George Assad, in his official capacity as a Member of the Nevada Gaming Control Board; Chandeni K. Sendall, in her official capacity as a Member of the Nevada Gaming Control Board; the State of Nevada on relation of the Nevada Gaming Control Board; Aaron D. Ford, in his official capacity as Attorney General of Nevada,<br><br>Defendants. | Case No.: 2:25-cv-00978-APG-DJA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SET TIME FOR DEFENDANTS TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff and Defendants, by and through undersigned counsel, hereby stipulate and request that the Court set a deadline for Defendants to answer or respond to Plaintiff's Complaint filed on June 3, 2025 (ECF No. 1). This is the first stipulation to set time for Defendants to answer or respond to the Complaint. In support thereof, the parties state as follows:

1. On June 3, 2025, Plaintiff initiated the instant proceedings in this Court. (ECF No. 1).

2. On June 23, 2025, Plaintiff filed an Acceptance of Service by Defendants' counsel ("Acceptance of Service") accepting service of the Complaint, summonses, and other filings in the matter on behalf of Defendants. (ECF No. 28).

3. Plaintiff separately served Nevada Attorney General Aaron D. Ford by personal service on June 17, 2025. (ECF Nos. 26, 27).

4. The parties have conferred and agreed to set a common date for all Defendants to answer or respond to the Complaint.

/ / /

5. The parties hereby request that the Court set the deadline for Defendants to answer or respond to the Complaint to July 14, 2025.

Respectfully Submitted: July 9, 2025.

| | |
|---|---|
| */s/ Bradley T. Austin* | */s/ Jessica E. Whelan* |
| Bradley Austin | Jessica E. Whelan, Esq. |
| Nevada Bar No. 13064 | STATE OF NEVADA |
| baustin@swlaw.com | OFFICE OF THE ATTORNEY GENERAL |
| SNELL & WILMER | 1 State of Nevada Way, Suite 100 |
| 1700 South Pavilion Center Drive, Suite 700 | Las Vegas, NV 89119 |
| Las Vegas, Nevada 89135 | *Attorney for Kirk D. Hendrick, George Assad, Chandeni K. Sendall, Nevada Gaming Control Board, and Aaron D. Ford* |
| Nowell D. Bamberger | |
| *pro hac vice* | |
| Matthew C. Solomon | |
| *pro hac vice* | |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | |
| 2112 Pennsylvania Ave. NW | |
| Washington, DC 20037 | |
| 202-974-1500 | |
| nbamberger@cgsh.com | |
| msolomon@cgsh.com | |
| *Attorneys for North American Derivatives Exchange, Inc., d/b/a Crypto.com | Derivatives North America* | |

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 7/11/2025