**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NORTH AMERICAN DERIVATIVES EXCHANGE, INC., <br><br> Plaintiff <br><br> v. <br><br> THE STATE OF NEVADA on Relation of the NEVADA GAMING CONTROL BOARD, et al., <br><br> Defendants | Case No.: 2:25-cv-00978-APG-BNW <br><br> **Order Granting Motions to Extend Time** <br><br> [ECF Nos. 46, 47] |

I ORDER that the defendants' motions to extend time **(ECF Nos. 46, 47) are GRANTED**. The defendants' deadline to respond to the plaintiff's motions for judgment on the pleadings and to strike (ECF Nos. 42, 43) is extended to September 8, 2025.

I FURTHER ORDER the plaintiff's replies are due September 22, 2025.

DATED this 25th day of August, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE