1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7
8

Case #2:25-cv-00978-APG-BNW

North American Derivatives Exchange, Inc.

Plaintiff(s),

vs.

Nevada et al.

Defendant(s).

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____ Nicole A. Saharsky _____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.  That Petitioner is an attorney at law and a member of the law firm of

_____ Mayer Brown LLP _____
(firm name)

with offices at _____ 1999 K Street, NW _____,
(street address)

_____ Washington _____, _____ District of Columbia _____, _____ 20006 _____,
(city)                          (state)                          (zip code)

_____ (202) 263-3052 _____, _____ nsaharsky@mayerbrown.com _____.
(area code + telephone number)        (Email address)

2.  That Petitioner has been retained personally or as a member of the law firm by

_____ (see Appendix A) _____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____December 12, 2005_____, Petitioner has been and presently is a
                                                (date)
member in good standing of the bar of the highest Court of the State of ___District of Columbia___
                                                                                                        (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| (see Appendix B) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

Virginia Bar Association

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                         _____
                                                              Petitioner's signature

    STATE OF _District of Columbia_    )
5                                      )
    COUNTY OF _____n/a_____        )
6

7   _____Nicole A. Saharsky_____, Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9                                                         _____
                                                              Petitioner's signature

10  Subscribed and sworn to before me this

11  _22_ day of _August_ , _2025_ .

12

13  _____
          Notary Public or Clerk of Court

14

15

16            **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
                **THE BAR OF THIS COURT AND CONSENT THERETO.**

17    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18  believes it to be in the best interests of the client(s) to designate _____Jessica E. Whelan_____,

19                                                                        (name of local counsel)
    Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20  above-entitled Court as associate resident counsel in this action.  The address and email address of

21  said designated Nevada counsel is:

22

23  _____1 State of Nevada Way, Suite 100_____,
                                      (street address)

24  _____Las Vegas_____, _____Nevada_____, ____89119____,
              (city)                     (state)              (zip code)

25

26  ____(702) 486-3420____, ____jwhelan@ag.nv.gov____.
      (area code + telephone number)        (Email address)

27

28                                      4                                    Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

agreement and authorization for the designated resident admitted counsel to sign stipulations

binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Jessica E. Whalen _____ as
                                                    (name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Mike Dreitzer, Chair, Nevada Gaming Control Board
(type or print party name, title)

_____
(party's signature)

Aaron Ford, Attorney General
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

14781                           jwhelan@ag.nv.gov
Bar number                      Email address

APPROVED:

Dated: this 9th day of September , 20 25 .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**APPENDIX A**

- Mike Dreitzer, in his official capacity as Chairman of the Nevada Gaming Control Board;

- George Assad, in his official capacity as Member of the Nevada Gaming Control Board;

- Chandeni K. Sendall, in her official capacity as Member of the Nevada Gaming Control Board;

- The State of Nevada on relation of the Nevada Gaming Control Board; and

- Aaron D. Ford, in his official capacity as Attorney General of Nevada.

**APPENDIX B**

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Columbia | 12/12/2005 | 495433 |
| Virginia | 11/23/2021 | 97346 |
| Illinois (Voluntarily inactive) | 12/4/2002 | |
| U.S. Supreme Court | 2/27/2006 | 258401 |
| U.S. Court of Appeals for the First Circuit | 1/25/2021 | |
| U.S. Court of Appeals for the Second Circuit | 4/16/2018 | |
| U.S. Court of Appeals for the Third Circuit | 7/28/2021 | |
| U.S. Court of Appeals for the Fourth Circuit | 3/23/2007 | |
| U.S. Court of Appeals for the Fifth Circuit | 4/16/2003 | |
| U.S. Court of Appeals for the Sixth Circuit | 4/8/2020 | |
| U.S. Court of Appeals for the Seventh Circuit | 4/7/2006 | |
| U.S. Court of Appeals for the Ninth Circuit | 6/11/2019 | |
| U.S. Court of Appeals for the Tenth Circuit | 4/8/2020 | |
| U.S. Court of Appeals for the Eleventh Circuit | 4/6/2020 | |
| U.S. Court of Appeals for the District of Columbia Circuit | 2/27/2004 | 49224 |
| U.S. Court of Appeals for the Federal Circuit | 7/10/2019 | |
| U.S. District Court for the Northern District of Illinois | 5/14/2019 | 495433 |