Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorney for Tribal Amici*

Joseph H. Webster (*Pending pro hac vice*)
jwebster@hobbsstraus.com
Elizabeth A. Bower (Pending *pro hac vice*)
ebower@hobbsstraus.com
Jens W. Camp (Pending *pro hac vice*)
jcamp@hobbsstraus.com
HOBBS, STRAUS, DEAN & WALKER LLP
1899 L Street NW, Ste 1200
Washington, DC 20036
Telephone: (202) 822-8282
*Attorneys for Seminole Tribe of Florida, Lytton
Rancheria of California, Agua Caliente Band of
Cahuilla Indians, and Mashantucket Pequot
Tribal Nation*

Scott Crowell (*Pro hac vice forthcoming*)
scottcrowell@clotag.net
CROWELL LAW OFFICE
Tribal Advocacy Group PLLC
1487 W State Route 89A, Suite 8
Sedona, AZ 86336
Telephone: (425) 802-5369
*Attorney for Rincon Band of Luiseño Indians and
Santa Ynez Band of Chumash Mission Indians*

Bryan Newland *(Pro hac vice forthcoming)*
Bryan.Newland@Powerslaw.com
POWERS, PYLES, SUTTER & VERVILLE PC
1250 Connecticut Ave NW, 8th Floor
Washington, DC 20036
Telephone: (202) 349-4265
*Attorney for Rincon Band of Luiseño Indians*

Michael Hoenig (Pending *pro hac vice*)
Michael.Hoenig@sanmanuel-nsn.gov
YUHAAVIATAM OF SAN MANUEL NATION
422 1st Street SE
Washington, DC 20003
Telephone: (909) 936-9684
*Attorney for Yuhaaviatam of San Manuel Nation*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

NORTH AMERICAN DERIVATIVES
EXCHANGE, INC. D/B/A CRYPTO.COM |
DERIVATIVES NORTH AMERICA,

              Plaintiff,

     vs.

KIRK D. HENDRICK, et al.,

          Defendants.

Case No.: 2:25-cv-00978-APG-BNW

**MOTION FOR LEAVE TO FILE AMICUS
BRIEF**

COME NOW the Indian Gaming Association ("IGA"), California Nations Indian Gaming
Association ("CNIGA"), Arizona Indian Gaming Association ("AIGA"), Washington Indian
Gaming Association ("WIGA"), Oklahoma Indian Gaming Association ("OIGA"), National
Congress of American Indians ("NCAI"), the Native American Finance Officers Association

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W Charleston Blvd
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W Charleston Blvd
Suite 500
Las Vegas, NV 89135
Telephone: 702.360.6800

("NAFOA"), Tribal Alliance of Sovereign Indian Nations ("TASIN"), San Manuel Gaming and Hospitality Authority ("SMGHA"), United South and Eastern Tribes Sovereignty Protection Fund ("USET SPF"), and 24 federally recognized Indian Tribes ("Amici Tribes") (collectively, "Tribal Amici") and respectfully seek leave of this Court to file the accompanying brief as *amici curiae* in support of the Defendants.[1]

I.      INTEREST OF THE TRIBAL AMICI

IGA is an inter-tribal non-profit organization comprised of 124 federally recognized Indian tribes that operate gaming enterprises throughout Indian Country. IGA also has non-voting members, which represent organizations, tribes, and businesses engaged in tribal gaming enterprises around the country. IGA's mission is to advance tribal economic, social, and political interests, and to preserve and promote tribal sovereignty, self-sufficiency, and economic development by advocating for tribally owned governmental gaming enterprises. To pursue this mission, IGA operates as an educational and public-policy resource for tribes, policy makers, and members of the public concerning Indian gaming issues and tribal community development.

CNIGA is a non-profit organization that represents 54 federally recognized tribal governments located within the State of California. CNIGA acts as a planning and coordinating agency for legislative, policy, legal, and communications efforts on behalf of its members, especially with respect to gaming-related matters.

AIGA is a non-profit association comprised of eight federally recognized Tribes. AIGA is committed to protecting and promoting the welfare of tribes striving for self-reliance by supporting tribal gaming enterprises on Arizona Indian lands. AIGA provides educational, legislative, and public policy resources for tribes, policymakers, and the public on Indian gaming issues and tribal community development. AIGA is deeply committed to maintaining and protecting tribal sovereignty and self-governance.

---

[1] The undersigned counsel, who do not represent any party to this suit, authored this motion and the accompanying brief. The Tribal Amici paid the entire cost of this amicus brief. None of the Tribal Amici are party to this suit. Accordingly, no party to this suit contributed money for the preparation of this amicus brief.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W Charleston Blvd
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800

WIGA is a non-profit organization of tribal government leaders representing 23 federally recognized Indian tribes in the State of Washington.  WIGA's purpose is to educate and disseminate information to the Indian gaming community, federal and state governments, and the general public concerning issues related to gaming in Indian Country.  WIGA advocates on behalf of Washington's Indian gaming community to promote government relations and effective communication between tribes and the State.  WIGA aims to promote, protect, and preserve the general welfare of Indian tribes through the development of sound policies and practices with respect to the conduct of gaming activities in Indian Country.

OIGA is a non-profit organization of Indian Nations and other non-voting members representing organizations, tribes, and businesses engaged in tribal gaming enterprises in Oklahoma.  OIGA's mission is to promote the general welfare of the Oklahoma Indian Tribes through the development of sound policies and practices with respect to the conduct of gaming enterprises in Indian Country.  OIGA's purpose is to educate and disseminate information to tribal, federal, and state governments and the general public on issues relating to tribal gaming.

NCAI is the oldest and largest national organization comprised of American Indian and Alaska Native tribal governments and their citizens.  Since 1944, NCAI has advised and educated the public, Tribal Nations, state governments, and the federal government on a broad range of issues involving tribal sovereignty, self-government, treaty rights, and policies affecting Tribal Nations, including jurisdiction, taxation, and gaming issues.  NCAI currently represents more than 275 Tribal Nations.  NCAI works daily to strengthen the ability of Tribal Nations to ensure the health and welfare of their communities.

NAFOA is a national not-for-profit organization of tribal officers, comptrollers, treasurers, accountants, auditors, and financial advisors. It has served as a resource for tribal leaders and finance professionals for over 30 years.  NAFOA's mission is to foster development of financial and business expertise among tribal governments and their businesses by providing educational forums and resources, and by instilling finance and accounting best practices.  NAFOA focuses its efforts on building economic capacity, developing effective tribal economic policy, and forging relationships with the investment banking community in an effort to promote tribal economic

growth.

TASIN is an intergovernmental association of federally recognized tribal governments throughout Southern California. TASIN'S mission is to protect and promote the tribal sovereign government rights, the cultural identity and interests of federally recognized tribes located within the Federal Central Judicial District within the State of California.

SMGHA is a governmental instrumentality of Yuhaaviatam of San Manuel Nation created for the purpose of independently carrying out the investment in, and ownership and management of, gaming and hospitality businesses outside of the San Manuel Reservation.

USET SPF is a non-profit, inter-Tribal organization advocating on behalf of 33 federally recognized Tribal Nations from the Northeastern Woodlands to the Everglades and across the Gulf of Mexico. USET SPF is dedicated to promoting, protecting, and advancing the inherent sovereign rights and authorities of Tribal Nations and in assisting its membership in dealing effectively with public policy issues. USET SPF works at the regional and national level to educate federal, state, and local governments about the unique historic and political status of its member Tribal Nations.

The Amici Tribes are 24 federally recognized Indian Tribes[2] within the meaning of the Indian Gaming Regulatory Act ("IGRA"). *See* 25 U.S.C. § 2703(5). Each of the Amici Tribes is a separate and distinct tribal government with the sovereign authority to conduct and regulate gaming activities on its Indian lands. The Amici Tribes all have a direct and immediate interest in maintaining their sovereign rights regarding gaming, including sports betting, on their Indian lands.

/ / /

---

[2] The Amici Tribes include: Agua Caliente Band of Cahuilla Indians; Bay Mills Indian Community; Blue Lake Rancheria; Chicken Ranch Rancheria of Me-Wuk Indians of California; Confederated Tribes of the Grand Ronde Community of Oregon; Confederated Tribes of Siletz Indians of Oregon; Elk Valley Rancheria; Enterprise Rancheria of Maidu Indians of California; Guidiville Rancheria of California; Kickapoo Traditional Tribe of Texas; Lytton Rancheria of California; Mashantucket Pequot Indian Tribe; Morongo Band of Mission Indians; Pechanga Band of Indians; Picayune Rancheria of Chukchansi Indians; Pokagon Band of Potawatomi Indians; Pueblo of Sandia; Rincon Band of Luiseño Indians; Santa Ynez Band of Chumash Mission Indians; Seminole Tribe of Florida; Shingle Springs Band of Miwok Indians, Shingle Springs Rancheria (Verona Tract); Table Mountain Rancheria; Twenty-Nine Palms Band of Mission Indians of California; and Yuhaaviatam of San Manuel Nation.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W Charleston Blvd
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800

Together, the Tribal Amici all have a shared, strong interest in this case because of its potential to have a significant impact on their or their member tribes' rights regarding gaming on Indian lands, as well as Indian gaming and tribal governmental revenue as a whole.  Such revenue is vital and provides funding for essential government services, tribal programs, and economic development needed to reach the goals of self-governance and self-sufficiency.

## II.    ARGUMENT

The Local Rules for the U.S. District Court for the District of Nevada do not provide the procedure for or address the propriety of amicus briefs.  *See generally* Local Rules of Practice (Apr. 17, 2020).  However, this Court may, in its discretion, "grant leave to appear as an *amicus* if the information offered is 'timely and useful.'"  *Long v. Coast Resorts, Inc.*, 49 F.Supp.2d 1177, 1178 (D. Nev. 1999) (quoting *Waste Mgmt. of Pa., Inc. v. City of York*, 162 F.R.D. 34, 6 (M.D. Pa. 1995)).  "Amicus briefs traditionally assist a court in cases of public interest as a supplement to the parties' arguments or to draw the court's attention to law that has escaped consideration."  *United States v. Kovar*, 2025 WL 1695397, at *1 (D. Nev. June 17, 2025) (quoting *Elias v. Wynn Las Vegas, LLC*, 2025 WL 489982, at *1 (D. Nev. Feb. 1, 2025)).

Here, the proposed amicus brief is both timely and useful.[3]  First, this motion and the accompanying amicus brief are timely because they are filed within 7 days of the filing of the Nevada Defendants' response to Crypto.com's motion for judgment on the pleadings.  Pursuant to Rule 29 of the Federal Rules of Appellate Procedure, "[a]n amicus curiae must file its brief, accompanied by a motion for filing when necessary, no later than 7 days after the principal brief of the party being supported is filed."  Fed. R. App. P. 29(a)(6).  While there is no corresponding rule at the district court level, this Court may rely on Rule 29 as guidance for what is considered timely.

/ / /

/ / /

/ / /

---

[3] Additionally, counsel for Defendants and Intervenors have consented to the filing of this brief. Counsel for Plaintiff has confirmed that Plaintiff does not oppose the filing of this motion for leave, provided it has two weeks from the date of filing for a response.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W Charleston Blvd
Suite 500
Las Vegas, NV 89135
Telephone: 702.360.6800

Second, the proposed amicus brief is useful to this Court in deciding whether to deny Crypto.com's motion for judgment on the pleadings because it provides the Court with legal arguments and relevant context not raised by either party.  In their response to Crypto.com's motion for summary, Defendants argue that the Commodity Exchange Act ("CEA") does not preempt Nevada's state gaming laws.  While the Tribal Amici concur with and support the arguments advanced by the Defendants, they believe that the additional arguments included in the accompanying brief are relevant and will be helpful to the Court's deliberation of the case.  In particular, the Tribal Amici have a special interest in the subject matter of the suit because it directly impacts tribal sovereignty and gaming that occurs on Indian lands.  Additionally, the Tribal Amici present additional arguments as to why the CEA does not exclusively govern Crypto.com's sports event contracts because it neither preempts nor impliedly repeals the Indian Gaming Regulatory Act, and Crypto.com's legal position would otherwise violate federal Indian policy.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

III.    CONCLUSION

For the foregoing reasons, the Tribal Amici respectfully request that this Court grant their

Motion for Leave to File the accompanying amicus brief in support of the Defendants.

DATED this 15th day of September, 2025.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Anthony L. Martin*
Anthony L. Martin
Nevada Bar No. 8177
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
*Attorney for Tribal Amici*

Joseph H. Webster (Pending *pro hac vice*)
Elizabeth A. Bower (Pending *pro hac vice*)
Jens W. Camp (Pending *pro hac vice*)
Hobbs, Straus, Dean & Walker LLP
1899 L Street NW, Ste 1200
Washington, DC 20036
*Attorneys for Seminole Tribe of Florida, Lytton Rancheria of California, Agua Caliente Band of Cahuilla Indians, and Mashantucket Pequot Tribal Nation*

Scott Crowell (Forthcoming *pro hac vice*)
Crowell Law Office
Tribal Advocacy Group PLLC
1487 W State Route 89A, Suite 8
Sedona, AZ 86336
*Attorney for Rincon Band of Luiseño Indians and Santa Ynez Band of Chumash Mission Indians*

Bryan Newland (Forthcoming *pro hac vice*)
Powers, Pyles, Sutter & Verville PC
1250 Connecticut Ave NW, 8th Floor
Washington, DC 20036
*Attorney for Rincon Band of Luiseño Indians*

Michael Hoenig (Pending *pro hac vice*)
Yuhaaviatam of San Manuel Nation
422 1st Street SE
Washington, DC 20003
*Attorney for Yuhaaviatam of San Manuel Nation*

1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing **MOTION FOR LEAVE TO FILE AMICUS BRIEF** to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing, to the following registrants:

Bradley T. Austin
Matthew C. Solomon
Nowell D. Bamberger
Jessica Whelan
Sabrena Clinton

Pursuant to FRCP 5(b), I hereby further certify that service of the foregoing was also made by depositing a true and correct copy of same for mailing, first class mail, postage prepaid thereon, at Las Vegas, Nevada, to the following:

| | |
|---|---|
| Bradley T. Austin | Jessica Whelan |
| Snell & Wilmer L.L.P | Sabrena Clinton |
| 1700 South Pavilion Center Drive, Ste. 700 | Nevada Attorney General's Office |
| Las Vegas, NV 89135 | 1 State of Nevada Way, Suite 100 |
| | Las Vegas, NV 89119 |
| Matthew C. Solomon (Admitted *pro hac vice*) | |
| Nowell D. Bamberger (Admitted *pro hac vice*) | *Attorneys for Defendants The State of Nevada on* |
| Cleary Gottlieb Steen & Hamilton LLP | *Relations of the Nevada Gaming Control Board,* |
| 2112 Pennsylvania Avenue NW, Suite 1000 | *Kirk D. Hendrick, George Assad, Chandeni K.* |
| Washington, DC 20037 | *Sendall & Aaron D. Ford* |
| *Attorneys for Plaintiff* | |

DATED this 15th day of September, 2025.

/s/ *Monica Gonzalez*

AN EMPLOYEE OF OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C.