UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

☑ FILED   ☐ RECEIVED
☐ ENTERED   ☐ SERVED ON

OCT 01 2025

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ AMMi DEPUTY

NORTH AMERICAN DERIVATIVES EX,
Plaintiff(s)

v.

KIRK D. HENDRICK, et al.,
Defendant(s).

Case No.: 2:25-cv-00978

**NON-PARTY REQUEST
FOR REMOTE ACCESS
TO CIVIL PROCEEDING**

I, _____Nicole Valente_____, request permission for live
(name of requestor)

remote public access to the civil proceeding set for __October 2, 2025__
(date)

at __9:30 am__ before Judge __Andrew Gordon__.
(time)                                   (name of judge)

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 10/1/2025

Requestor's Full Name: Nicole Valente

Mailing Address: 55 Hudson Yards

New York, NY US 10001-2163

Telephone number: 212-530-5061

E-mail address: nvalente@milbank.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:
The Clerk of Court
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov**