UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FILED ✓  RECEIVED
ENTERED   SERVED ON
OCT 01 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

| | |
|---|---|
| North American Derivatives Exchange, Inc, <br> Plaintiff(s) <br> v. <br> Mike Dreitzer, et al., <br> Defendant(s). | Case No.: 2:25-cv-00978-APG-BNW <br><br> **NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING** |

I, __Elizabeth A. Bower__, request permission for live
      (name of requestor)
remote public access to the civil proceeding set for __October 2, 2025__
                                                           (date)
at __9:30 am__ before Judge __Andrew P. Gordon__.
     (time)                      (name of judge)

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 10/1/2025

Requestor's Full Name: Elizabeth A. Bower

Mailing Address: 1899 L Street NW, Suite 1200, Washington, DC 20036

Telephone number: (202) 822-8282

E-mail address: ebower@hobbsstraus.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
**The Clerk of Court**
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov