```
                    FILED          RECEIVED
                    ENTERED        SERVED ON

                         OCT 01 2025

                    CLERK, U.S. DISTRICT COURT
                     DISTRICT OF NEVADA
                  BY:              AMMi    DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NORTH AMERICAN DERIVATIVES EX,
　　　　Plaintiff(s)

v.

KIRK D. HENDRICK, et al.,
　　　　Defendant(s).

Case No.: 2:25-cv-00978

**NON-PARTY REQUEST
FOR REMOTE ACCESS
TO CIVIL PROCEEDING**

I, __William Havemann__ (name of requestor), request permission for live remote public access to the civil proceeding set for __October 2, 2025__ (date) at __9:30 am__ (time) before Judge __Andrew Gordon__ (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 10/1/2025

Requestor's Full Name: William Havemann

Mailing Address: 1101 New York Ave NW

Washington, DC 20005

Telephone number: 202-835-7518

E-mail address: whavemann@milbank.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:
The Clerk of Court
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov**