# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FILED ✓  RECEIVED ___
ENTERED ___  SERVED ON ___
OCT 01 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi  DEPUTY

NORTH AMERICAN DERIVATIVES EX,
    Plaintiff(s)

v.

KIRK D. HENDRICK, et al.,
    Defendant(s).

Case No.: 2:25-cv-00978

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, Joshua B. Sterling (name of requestor), request permission for live remote public access to the civil proceeding set for October 2, 2025 (date) at 9:30 am (time) before Judge Andrew Gordon (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 10/1/2025

Requestor's Full Name: Joshua B. Sterling

Mailing Address: 1101 New York Ave NW

Washington, DC 20005

Telephone number: 202-835-7535

E-mail address: jsterling@milbank.com

SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:
The Clerk of Court
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov