1    AARON D. FORD
        Attorney General
2    Jessica E. Whelan (Bar No. 14781)
        Chief Deputy Solicitor General –
3        Litigation
     Sabrena K. Clinton (Bar No. 6499)
4        Senior Deputy Attorney General
     State of Nevada,
5        Office of the Attorney General
     1 State of Nevada Way, Suite 100
6    Las Vegas, NV 89119
     (702) 486-3420 (phone)
7    (702) 486-3773 (fax)
     jwhelan@ag.nv.gov
8    sclinton@ag.nv.gov

9    Nicole A. Saharsky (*pro hac vice*)
     Minh Nguyen-Dang (*pro hac vice*)
10   MAYER BROWN LLP
     1999 K Street NW
11   Washington, DC 20006
     (202) 263-3000 (phone)
12   nsaharsky@mayerbrown.com
     mnguyen-dang@mayerbrown.com
13
     Rory K. Schneider (*pro hac vice*)
14   MAYER BROWN LLP
     1221 Avenue of the Americas
15   New York, NY 10020
     (212) 506-2500 (phone)
16   rschneider@mayerbrown.com

17   *Attorneys for Mike Dreitzer, George
     Assad, Chandeni K. Sendall, The State
18   of Nevada on Relation of the Nevada
     Gaming Control Board, and Aaron D.
19   Ford*

     Bradley T. Austin (Bar No. 13064)
     SNELL & WILMER
     1700 South Pavilion Center Drive,
        Suite 700
     Las Vegas, NV 89135
     (702) 784-5252 (phone)
     baustin@swlaw.com

     Nowell D. Bamberger (*pro hac vice*)
     Matthew C. Solomon (*pro hac vice*)
     CLEARY GOTTLIEB STEEN &
        HAMILTON LLP
     2112 Pennsylvania Avenue NW
     Washington, DC 20037
     (202) 974-1500 (phone)
     nbamberger@cgsh.com
     msolomon@cgsh.com

     *Attorneys for North American Derivatives
     Exchange, Inc., d/b/a Crypto.com |
     Derivatives North America*

20                **UNITED STATES DISTRICT COURT**

21                      **DISTRICT OF NEVADA**

22   NORTH AMERICAN DERIVATIVES
     EXCHANGE, INC. d/b/a                    Case No.:  2:25-cv-00978-APG-BNW
23   CRYPTO.COM|DERIVATIVES NORTH
     AMERICA,
24
                    Plaintiff,
25                                                        **NOTICE**
     v.
26
     MIKE DREITZER, in his official capacity
27   as Chairman of the Nevada Gaming
     Control Board; GEORGE ASSAD, in his
28   official capacity as a Member of the

Nevada Gaming Control Board;
CHANDENI K. SENDALL, in her official
capacity as a Member of the Nevada
Gaming Control Board; THE STATE OF
NEVADA ON RELATION OF THE
NEVADA GAMING CONTROL BOARD;
AARON D. FORD, in his official capacity
as Attorney General of Nevada,

                    Defendants,

and

NEVADA RESORT ASSOCIATION,

                    Intervenor-Defendant.

Pursuant to LR 7-1, Plaintiff North American Derivatives Exchange (CDNA) and Defendants Mike Dreitzer, George Assad, Chandeni K. Sendall, in their official capacities, the Nevada Gaming Control Board, and Aaron D. Ford, Attorney General of Nevada (State Defendants) hereby provide the following notice.

1.     On October 14, 2025, the Court entered an order denying CDNA's motion for a preliminary injunction to prevent enforcement of the Nevada gaming laws with respect to event contracts listed on CDNA's designated contract market (DCM) (the Order). *See* ECF No. 45.

2.     CDNA intends to appeal the Order to the Ninth Circuit.

3.     Pursuant to the Court's direction at the October 2, 2025, hearing, the parties have conferred about the need for interim relief regarding enforcement pending appeal.

4.     The parties have reached an agreement that obviates the need for interim relief regarding enforcement pending appeal, and accordingly no such relief is or will be requested.

5.     This notice is without prejudice to any claims, rights, or defenses of any party.

6.     Intervenor-Defendant Nevada Resort Association has been consulted about the agreement between CDNA and the State Defendants and has no objection.

4911-3454-2453

1   DATED this 24th day of October, 2025.

2   By:  /s/ Jessica E. Whelan

3   AARON D. FORD
       Attorney General
4   Jessica E. Whelan (Bar No. 14781)
       Chief Deputy Solicitor General –
5      Litigation
    Sabrena K. Clinton (Bar No. 6499)
6      Senior Deputy Attorney General
    State of Nevada,
7      Office of the Attorney General
    1 State of Nevada Way, Suite 100
8   Las Vegas, NV 89119
    (702) 486-3420 (phone)
9   (702) 486-3773 (fax)
    jwhelan@ag.nv.gov
10  sclinton@ag.nv.gov

11  Nicole A. Saharsky (*pro hac vice*)
    Minh Nguyen-Dang (*pro hac vice*)
12  MAYER BROWN LLP
    1999 K Street NW
13  Washington, DC 20006
    (202) 263-3000 (phone)
14  nsaharsky@mayerbrown.com
    mnguyen-dang@mayerbrown.com
15
    Rory K. Schneider (*pro hac vice*)
16  MAYER BROWN LLP
    1221 Avenue of the Americas
17  New York, NY 10020
    (212) 506-2500 (phone)
18  rschneider@mayerbrown.com

19  *Attorneys for Mike Dreitzer, George Assad, Chandeni K. Sendall, The State of*
    *Nevada on Relation of the Nevada Gaming Control Board, and Aaron D. Ford*
20

21  By:  /s/ Bradley Austin
    Bradley T. Austin (Bar No. 13064)
22  SNELL & WILMER
    1700 South Pavilion Center Drive,
23     Suite 700
    Las Vegas, NV 89135
24  (702) 784-5252 (phone)
    baustin@swlaw.com
25
    Nowell D. Bamberger (*pro hac vice*)
26  Matthew C. Solomon (*pro hac vice*)
    CLEARY GOTTLIEB STEEN &
27     HAMILTON LLP
    2112 Pennsylvania Avenue NW
28  Washington, DC 20037
    (202) 974-1500 (phone)

4911-3454-2453

nbamberger@cgsh.com
msolomon@cgsh.com

*Attorneys for North American Derivatives Exchange, Inc., d/b/a Crypto.com | Derivatives North America*

4911-3454-2453