Adam Hosmer-Henner (NSBN 12779)
A.G. Burnett (NSBN 5895)
Jane Susskind (NSBN 15099)
Katrina Weil (NSBN 16152)
Thaddeus C. Houston (NSBN 17215)
**McDONALD CARANO LLP**
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone: (775) 788-200
ahosmerhenner@mcdonaldcarano.com
agburnett@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com
kweil@mcdonaldcarano.com
thouston@mcdonaldcarano.com

*Attorneys for Intervenor Defendant*
*Nevada Resort Association*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| North American Derivatives Exchange, Inc. d/b/a Crypto.com \| Derivatives North America,<br><br>              Plaintiff,<br>v.<br><br>Kirk D. Hendrick, in his official capacity as Chairman of the Nevada Gaming Control Board; George Assad, in his official capacity as a Member of the Nevada Gaming Control Board; Chandeni K. Sendall, in her official capacity as a Member of the Nevada Gaming Control Board; the State of Nevada on relation of the Nevada Gaming Control Board; Aaron D. Ford, in his official capacity as Attorney General of Nevada,<br><br>              Defendants.<br>         vs.<br><br>NEVADA RESORT ASSOCIATION,<br><br>              Intervenor-Defendant. | Case No.: 2:25-cv-00978-APG-BNW<br><br>**NEVADA RESORT ASSOCIATION'S NOTICE OF SUBSTITUTION OF COUNSEL** |

TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Cassin Brown, Esq. is no longer counsel of record for Intervenor-Defendant Nevada Resort Association in the above-entitled matter. Please remove Cassin Brown, Esq. from your service list and replace him with Thaddeus C. Houston, Esq. It is requested that copies of all notices, pleadings, and documents given or filed in this case be served via the court's electronic filing system at the below email address.

thouston@mcdonaldcarano.com

Dated: October 23, 2025.

**McDONALD CARANO LLP**

By: */s/ Adam Hosmer-Henner*
Adam Hosmer-Henner (NSBN 12779)
A.G. Burnett (NSBN 5895)
Jane Susskind (NSBN 15099)
Katrina Weil (NSBN 16152)
Thaddeus Houston (NSBN 17215)
100 West Liberty Street, 10th Floor
Reno, NV 89501

*Attorneys for Intervenor Defendant Nevada Resort Association*

**IT IS SO ORDERED**

**DATED:** 12:38 pm, October 24, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2