Shay Dvoretzky*
Parker Rider-Longmaid*
Sylvia O. Tsakos*
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Avenue NW
Washington, DC 20005
Telephone: (202) 371-7000
shay.dvoretzky@skadden.com
parker.rider-longmaid@skadden.com
sylvia.tsakos@skadden.com
*pro hac vice forthcoming

Nowell D. Bamberger (pro hac vice)
Matthew C. Solomon (pro hac vice)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 974-1500
nbamberger@cgsh.com
msolomon@cgsh.com

Bradley Austin
Nevada Bar No. 13064
baustin@swlaw.com
SNELL & WILMER
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5247

David Meister*
Robert A. Fumerton*
Judith A. Flumenbaum*
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
david.meister@skadden.com
robert.fumerton@skadden.com
judy.flumenbaum@skadden.com
*pro hac vice forthcoming

*Attorneys for North American Derivatives
Exchange, Inc., d/b/a Crypto.com | Derivatives
North America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

North American Derivatives Exchange, Inc.
d/b/a Crypto.com | Derivatives North
America,

         Plaintiff,

        v.

Mike Dreitzer, in his official capacity as
Chairman of the Nevada Gaming Control
Board; George Assad, in his official capacity
as a Member of the Nevada Gaming Control
Board; Chandeni K. Sendall, in her official
capacity as a Member of the Nevada Gaming
Control Board; the State of Nevada on
relation of the Nevada Gaming Control
Board; Aaron D. Ford, in his official capacity
as Attorney General of Nevada,

         Defendants.

Case No.: 2:25-cv-00978-APG-BNW

NOTICE OF APPEAL AND NINTH
CIRCUIT RULE 3-2 REPRESENTATION
STATEMENT

**PRELIMINARY INJUNCTION APPEAL**

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff North American Derivatives Exchange, Inc. d/b/a Crypto.com | Derivatives North America appeals to the United States Court of Appeals for the Ninth Circuit from the Court's Order dated October 14, 2025, ECF No. 105, and all other adverse orders and rulings.

Dated this 13th day of November, 2025.

/s/ Bradley Austin
Bradley Austin
Nevada Bar No. 13064
SNELL & WILMER
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5247

David Meister (pro hac vice forthcoming)
Robert A. Fumerton (pro hac vice forthcoming)
Judith A. Flumenbaum (pro hac vice forthcoming)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000

Shay Dvoretzky (pro hac vice forthcoming)
Parker Rider-Longmaid (pro hac vice forthcoming)
Sylvia O. Tsakos (pro hac vice forthcoming)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue NW
Washington, DC 20005
Telephone: (202) 371-7000

Nowell D. Bamberger (pro hac vice)
Matthew C. Solomon (pro hac vice)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 974-1500

Attorneys for North American Derivatives Exchange, Inc.,
d/b/a Crypto.com | Derivatives North America

1   **<u>NINTH CIRCUIT REPRESENTATION STATEMENT</u>**

2       Pursuant to Ninth Circuit Rule 3-2, Plaintiff-Appellant North American Derivatives

3   Exchange, Inc., d/b/a Crypto.com | Derivatives North America, submits the following list of the

4   parties to the action with the names, addresses, and telephone numbers of their respective counsel:

5       Plaintiff, North American Derivatives Exchange, Inc., d/b/a Crypto.com | Derivatives
        North America, is represented by the following counsel:

6
7   Shay Dvoretzky
    shay.dvoretzky@skadden.com

8   Parker Rider-Longmaid
    parker.rider-longmaid@skadden.com

9
10  Sylvia O. Tsakos
    sylvia.tsakos@skadden.com

11  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    1440 New York Avenue NW
12  Washington, DC 20005
    Telephone: (202) 371-7000

13
14  David Meister
    david.meister@skadden.com

15  Robert A. Fumerton
    robert.fumerton@skadden.com

16
17  Chad E. Silverman
    chad.silverman@skadden.com

18  Judith A. Flumenbaum
    judy.flumenbaum@skadden.com

19
20  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    One Manhattan West
    New York, NY 10001
21  Telephone: (212) 735-3000

22  Nowell D. Bamberger
    nbamberger@cgsh.com

23
24  Matthew C. Solomon
    msolomon@cgsh.com

25  CLEARY GOTTLIEB STEEN & HAMILTON LLP
    2112 Pennsylvania Avenue NW
26  Washington, DC 20037
    202-974-1500

27
    Counsel are registered for Electronic Filing in the Ninth Circuit
28

3

1  Defendants, Mike Dreitzer, in his official capacity as Chairman of the Nevada Gaming
   Control Board; George Assad, in his official capacity as a Member of the Nevada Gaming
2  Control Board; Chandeni K. Sendall, in her official capacity as a Member of the Nevada
   Gaming Control Board; the State of Nevada on relation of the Nevada Gaming Control
3  Board; Aaron D. Ford, in his official capacity as Attorney General of Nevada, are
   represented by the following counsel:
4

5  Jessica E. Whelan
   jwhelan@ag.nv.gov

6  Sabrena K. Clinton
   sclinton@ag.nv.gov
7

8  NEVADA ATTORNEY GENERAL'S OFFICE
   1 State of Nevada Way, Suite 100
   Las Vegas, NV 89119
9  Telephone: (702) 486-4346

10 Nicole A. Saharsky
   nsaharsky@mayerbrown.com
11

12 Minh Nguyen-Dang
   mnguyen-dang@mayerbrown.com

13 MAYER BROWN LLP
   1999 K Street NW
14 Washington, DC 20006
   Telephone: (202) 263-3052
15

16 Rory K. Schneider
   rschneider@mayerbrown.com

17 MAYER BROWN LLP
   1221 Avenue of the Americas
18 New York, NY 10020
   Telephone: (212) 506-2157
19

20 DATED: November 13, 2025          /s/ Bradley Austin

21                                   Bradley Austin
                                     Nevada Bar No. 13064
22                                   SNELL & WILMER
                                     1700 South Pavilion Center Drive, Suite 700
23                                   Las Vegas, NV 89135
                                     Telephone: (702) 784-5247
24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on November 13, 2025, I electronically filed the foregoing **NOTICE**

3  **OF APPEAL** with the Clerk of Court for the U.S. District Court, District of Nevada by using the

4  Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served

5  by the CM/ECF system.

6

7
DATED November 13, 2025.

8
                                        /s/ Lyndsey Mosbey
9                                        An employee of SNELL & WILMER L.L.P.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28