1
2
3
4
5
6

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

7

8   North American Derivatives Exchange, Inc.    )        Case # 2:25-cv-00978-APG-BNW
9   d/b/a Crypto.com | Derivatives North         )
    America,                                      )
10                  Plaintiff(s),                 )        **VERIFIED PETITION FOR
                                                  )        PERMISSION TO PRACTICE
11          vs.                                   )        IN THIS CASE ONLY BY
    Nevada et al.,                                )        ATTORNEY NOT ADMITTED
12                                                )        TO THE BAR OF THIS COURT
                                                  )        AND DESIGNATION OF
13                                                )        LOCAL COUNSEL
                 Defendant(s).                    )
14  _____)          FILING FEE IS $250.00

15

16  _____Shay Dvoretzky_____, Petitioner, respectfully represents to the Court:
           (name of petitioner)

17      1.      That Petitioner is an attorney at law and a member of the law firm of

18  _____Skadden, Arps, Slate, Meagher & Flom LLP_____
19                              (firm name)

20  with offices at _____1440 New York Ave. NW_____,
                                        (street address)

21  _____Washington_____, _____District of Columbia_____, _____20005_____,
              (city)                        (state)                  (zip code)

22

23  _____(202) 371 - 7370_____, _____shay.dvoretzky@skadden.com_____.
    (area code + telephone number)              (Email address)

24

25      2.      That Petitioner has been retained personally or as a member of the law firm by
    North American Derivatives Exchange, Inc. d/b/a
26  Crypto.com | Derivatives North America_____ to provide legal representation in connection with
                 [client(s)]

27  the above-entitled case now pending before this Court.

28                                                                              Rev. 5/16

3.    That since _____June 12, 2006_____, Petitioner has been and presently is a
                                          (date)
member in good standing of the bar of the highest Court of the State of ___District of Columbia___
                                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| SEE APPENDIX | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.      That Petitioner is a member of good standing in the following Bar Associations.

None

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4    _____
                                    Petitioner's signature

STATE OF <u>District of Columbia</u>    )

5                                                          )

COUNTY OF _____    )

6

7    _____<u>Shay Dvoretzky</u>_____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9    _____
                                    Petitioner's signature

10  Subscribed and sworn to before me this

11

<u>13th</u>  day of <u>November</u>, <u>2025</u>.

12

13  _____    <u>Nina Howe-Goldstein</u>
          Notary Public or Clerk of Court

14

15

16              **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
                **THE BAR OF THIS COURT AND CONSENT THERETO.**

17     Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18  believes it to be in the best interests of the client(s) to designate _____<u>Bradley Austin</u>_____,

19                                                                        (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20

above-entitled Court as associate resident counsel in this action.  The address and email address of

21

said designated Nevada counsel is:

22

23  ____<u>Snell & Wilmer, 1700 South Pavilion Center Drive, Suite 700</u>____,
                                    (street address)

24  ____<u>Las Vegas</u>____, ____<u>Nevada</u>____, ____<u>89135</u>____,

25          (city)                              (state)                    (zip code)

26  ____<u>(702) 784-5247</u>____, ____<u>baustin@swlaw.com</u>____.
        (area code + telephone number)              (Email address)

27

28                                      4                          Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Bradley Austin _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

DocuSigned by:

*Stephen M. Humenik*
77614586277A4UE
(party's signature)
North American Derivatives Exchange, Inc. d/b/a/
Crypto.com | Derivatives North America,
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/ Bradley Austin*
Designated Resident Nevada Counsel's signature

13064                              baustin@swlaw.com
Bar number                         Email address

APPROVED:

Dated: this ___14th__ day of ___November___, 20 _25_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16