# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| North American Derivatives Exchange, Inc, <br> Plaintiff(s) <br><br> v. <br><br> Mike Dreitzer, et al., <br> Defendant(s). | Case No.: 2:25-cv-00978-APG-BNW <br><br> **NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING** |

FILED ✓ / RECEIVED / ENTERED / SERVED ON
DEC 23 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

I, __Jill Greenfield__, request permission for live remote public access to the civil proceeding set for __December 30, 2025__ at __2:30 PM__ before Judge __Brenda Weksler__.

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 12/23/2025

Requestor's Full Name: Jill Greenfield

Mailing Address: 375 Ninth Avenue

New York, NY 10001

Telephone number: (212) 474-1295

E-mail address: jgreenfield@cravath.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
**The Clerk of Court**
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

*Notice:* This form and the information provided will be public record.