[*Counsel listed on signature page*]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| North American Derivatives Exchange, Inc. d/b/a Crypto.com \| Derivatives North America,<br><br>    Plaintiff,<br><br>    v.<br><br>Mike Dreitzer, in his official capacity as Chairman of the Nevada Gaming Control Board; George Assad, in his official capacity as a Member of the Nevada Gaming Control Board; Chandeni K. Sendall, in her official capacity as a Member of the Nevada Gaming Control Board; the State of Nevada on relation of the Nevada Gaming Control Board; Aaron D. Ford, in his official capacity as Attorney General of Nevada,<br><br>    Defendants. | Case No.: 2:25-cv-00978-APG-BNW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES IN DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiff North American Derivatives Exchange, Inc. d/b/a Crypto.com | Derivatives North America ("CDNA") and State Defendants Mike Dreitzer, in his official capacity as Chairman of the Nevada Gaming Control Board; George Assad, in his official capacity as a Member of the Nevada Gaming Control Board; Chandeni K. Sendall, in her official capacity as a Member of the Nevada Gaming Control Board; the State of Nevada on relation of the Nevada Gaming Control Board; Aaron D. Ford, in his official capacity as Attorney General of Nevada, and Intervenor-Defendant Nevada Resort Association (collectively "Defendants"), by and through their attorneys of record, hereby stipulate and request, pursuant to Federal Rule of Civil Procedure 29 and Local Rule 26-3, that the Court extend the deadlines in the current Discovery Plan and Scheduling Order (ECF No. 56) as set forth below. *See infra* at ¶ 9. In support thereof, the parties state as follows:

1

1. On June 5, 2025, CDNA filed a Motion for Preliminary Injunction. ECF No. 15. On August 4, 2025, CDNA filed a Motion for Judgment on the Pleadings and to Strike State Defendants' Denials and Defenses. ECF No. 42.

2. On August 28, 2025, the parties filed a Proposed Discovery Plan and Scheduling Order (ECF No. 54) which the Court adopted on September 3, 2025 (ECF No. 56) (the "Scheduling Order").

3. On October 14, 2025, the Court denied CDNA's Motions for Preliminary Injunction, for Judgment on the Pleadings, and to Strike (the "Order"). ECF No. 105.

4. On November 13, 2025, CDNA filed a Notice of Appeal of the Order to the Ninth Circuit. ECF No. 114.

5. On December 1, 2025, CDNA filed a Motion for a Protective Order prohibiting discovery in the case. ECF No. 133. Defendants' opposition to the Motion for a Protective Order was filed December 15, 2025, and CDNA's reply is due December 22, 2025.

6. Pursuant to the Scheduling Order, the parties have completed initial disclosures and begun document production. On September 24, 2025, State Defendants submitted their First Set of Requests for Production ("RFPs") to CDNA. On October 24, 2025, CDNA submitted its Responses and Objections to the State Defendants' RFPs. On November 17, 2025, the Intervenor-Defendant submitted its First Set of RFPs to CDNA and First Set of Interrogatories to CDNA. CDNA's responses are due December 17, 2025. On November 20, 2025, CDNA submitted its First Set of RFPs to State Defendants and its First Set of RFPs to Intervenor-Defendant. The Defendants' responses are due December 22, 2025.

7. Under the Scheduling Order, expert disclosures are due January 2, 2026. Expert rebuttal disclosures are due February 2, 2026. The discovery cut-off is March 2, 2026. Dispositive motions are due April 1, 2026. The pretrial order deadline is May 1, 2026. *See* ECF No. 56 at 6.

8. The parties have stipulated to extend the time for the parties to complete discovery so that the parties may progress pending and anticipated discovery and determine how best to proceed pending the Court's resolution of CDNA's Motion for a Protective Order and in light of the Order and subsequent appeal to the Ninth Circuit. The parties further agree that good cause exists for this

extension, and that an extension will not prejudice any party.[1]  This is the first request by the parties to amend the Scheduling Order.

9. The parties here have agreed to extend the current discovery deadlines as follows:

   a. Substantial completion of document productions: April 7, 2026;
   b. Close of fact discovery: 60 days after substantial completion of document productions or June 8, 2026;
   c. Initial expert disclosures: 21 days after the close of fact discovery or June 29, 2026;
   d. Rebuttal expert disclosures: 30 days after initial expert disclosures or July 29, 2026;
   e. Close of expert discovery: 21 days after rebuttal expert disclosures or August 19, 2026;
   f. Dispositive motions: 30 days after the close of expert discovery or September 18, 2026;
   g. Proposed joint pretrial order: 30 days after resolution of dispositive motions.

10. The parties therefore respectfully request that the Court extend the current deadlines as set forth in Paragraph 9, *supra*.

11. The parties agree that this stipulation is without prejudice to CDNA's Motion for a Protective Order.

---

[1]  Good cause exists under LR 26-3 to extend the deadlines as set forth herein, notwithstanding one subject deadline falling within 21 days of submission of the instant stipulation.  The parties intended to submit the stipulation on Friday, December 12, 2025, however, counsel required additional business days to confer with their respective clients on the proposed dates.

2

Dated this 19th day of December, 2025.

*/s/ Bradley Austin*
Bradley Austin
Nevada Bar No. 13064
Snell & Wilmer
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
baustin@swlaw.com

David Meister *(pro hac vice)*
Robert A. Fumerton *(pro hac vice)*
Judith A. Flumenbaum *(pro hac vice)*
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001
david.meister@skadden.com
robert.fumerton@skadden.com
judy.flumenbaum@skadden.com

Shay Dvoretzky *(pro hac vice)*
Parker Rider-Longmaid *(pro hac vice)*
Sylvia O. Tsakos *(pro hac vice)*
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005
shay.dvoretzky@skadden.com
parker.rider-longmaid@skadden.com
sylvia.tsakos@skadden.com

Nowell D. Bamberger (*pro hac vice*)
Matthew C. Solomon (*pro hac vice*)
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue NW
Washington, DC 20037
nbamberger@cgsh.com
msolomon@cgsh.com

*Attorneys for North American Derivatives Exchange, Inc., d/b/a Crypto.com | Derivatives North America*

[*Signatures continued*]

3

| | |
|---|---|
| */s/ Rory K. Schneider* | */s/ Adam Hosmer-Henner* |
| Jessica E. Whelan (Bar No. 14781) | Adam Hosmer-Henner (Bar No. 12779) |
| Sabrena K. Clinton (Bar No. 6499) | A.G. Burnett (Bar No. 5895) |
| State of Nevada | Jane Susskind (Bar No. 15099) |
| 1 State of Nevada Way, Suite 100 | Katrina Weil (Bar No. 16152) |
| Las Vegas, NV 89119 | Thaddeus C. Houston (Bar No. 17215) |
| jwhelan@ag.nv.gov | McDonald Carano LLP |
| sclinton@ag.nv.gov | 100 W. Liberty St., 10th Floor |
| | Reno, NV 89501 |
| Nicole A. Saharsky (*pro hac vice*) | ahosmerhenner@mcdonaldcarano.com |
| Minh Nguyen-Dang (*pro hac vice*) | agburnett@mcdonaldcarano.com |
| Mayer Brown LLP | jsusskind@mcdonaldcarano.com |
| 1999 K Street, NW | kweil@mcdonaldcarano.com |
| Washington, DC 20006 | thouston@mcdonaldcarano.com |
| nsaharsky@mayerbrown.com | |
| mnguyen-dang@mayerbrown.com | *Attorneys for Intervenor-Defendant* |

Rory K. Schneider (*pro hac vice*)
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
rschneider@mayerbrown.com

*Attorneys for State Defendants*

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 23, 2025

4