UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
FILED  ✓        RECEIVED
ENTERED         SERVED ON

JAN 02 2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY:                AMMi    DEPUTY
```

North American Derivatives Exchange, Inc,
          Plaintiff(s)

v.

Mike Dreitzer, et al.,
          Defendant(s).

Case No.: 2:25-cv-00978-APG-BNW

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, __Peter Singhal__ (name of requestor), request permission for live remote public access to the civil proceeding set for __January 16, 2026__ (date) at __10:00 AM__ (time) before Judge __Brenda Weksler__ (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 1/2/2026

Requestor's Full Name: Peter Singhal

Mailing Address: 375 Ninth Avenue

New York, NY 10001

Telephone number: (212) 474-1295

E-mail address: psinghal@cravath.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
**The Clerk of Court**
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

*Notice:* This form and the information provided will be public record.