1  [*Counsel listed on signature page*]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NORTH AMERICAN DERIVATIVES EXCHANGE, INC. d/b/a CRYPTO.COM \| DERIVATIVES NORTH AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MIKE DREITZER, in his official capacity as Chairman of the Nevada Gaming Control Board; GEORGE ASSAD, in his official capacity as a Member of the Nevada Gaming Control Board; CHANDENI K. SENDALL, in her official capacity as a Member of the Nevada Gaming Control Board; THE STATE OF NEVADA ON RELATION OF THE NEVADA GAMING CONTROL BOARD; AARON D. FORD, in his official capacity as Attorney General of Nevada,<br><br>　　　　　　　　Defendants.<br><br>v.<br><br>NEVADA RESORT ASSOCIATION,<br><br>　　　　　　　　Intervenor-Defendant. | Case No.: 2:25-cv-00978-APG-BNW<br><br>**JOINT STATUS REPORT** |

　　　　Pursuant to the Court's Order of January 15, 2026 continuing the hearing on Plaintiff's Motion for Protective Order, the parties submit this proposed status report.

**Plaintiff's Position**

　　　　As CDNA informed Defendants on January 16, 2026, CDNA is available for a rescheduled hearing February 3-5, 2026 and February 10-12, 2026. That Defendants continue to propose dates on which CDNA is unavailable is entirely unproductive.

1    Equally unproductive is Defendants' attempt to use this status report in which the parties were ordered to provide "new dates on which the parties are available to reschedule the hearing" to try to cancel the hearing altogether.  As explained in CDNA's Response to State Defendants' Motion for Leave to File Notice of Supplemental Authority (ECF No. 156), Chief Judge Gordon's decision denying in part KalshiEx, LLC's motion to stay (*Kalshi* ECF No. 263, the "*Kalshi* Stay Order") is not relevant to CDNA's Motion for a Protective Order.  CDNA seeks a motion for a protective order barring discovery entirely, not a motion to stay pending appeal as Kalshi sought.  Chief Judge Gordon's rationale in the *Kalshi* Stay Order is also inapposite because discovery will never be necessary here regardless of the Ninth Circuit's ruling, as there are no factual issues in the case that require discovery.  Indeed, the only relevant factual issue to CDNA's preemption argument (right or wrong) is whether the event contracts at issue are traded on a CFTC-regulated DCM—an issue that no party in this action disputes.  In addition, CDNA, unlike Kalshi, has ceased its operations in the state, eliminating any possible prejudice or urgency for the Defendants here.  Defendants' request to cancel an already scheduled oral argument on CDNA's motion—based on a decision that is factually and procedurally inapposite—is unfounded.

**Defendants' Position**

Defendants maintain that Chief Judge Gordon's recent decision denying the motion to stay discovery filed by KalshiEx, LLC in a related matter obviates the need for a hearing on the Motion for Protective Order for the reasons set forth in their Motion for Leave to File Notice of Supplemental Authority.  *See* ECF No. 155.  The Court should deny Plaintiff's Motion for Protective Order without holding a continued hearing.  Should the Court still desire to hold a hearing, Defendants request the earliest date available and will accommodate the Court's schedule.  Dates that Defendants are currently available for an in-person hearing include January 23, 28, 29, and 30.  Of the dates proposed by Plaintiff, Defendants are available on February 3 and 5; however, Defendants believe that an earlier date will better serve the interests of justice and reduce unnecessary delay.  Defendants are amenable to a remote hearing as well.

Respectfully Submitted: January 23, 2026

By: */s/ Bradley Austin*

Bradley Austin
(Bar No. 13064)
SNELL & WILMER
1700 South Pavilion
Center Drive, Suite 700
Las Vegas, Nevada 89135
baustin@swlaw.com
(702) 784-5247 (phone)

Nowell D. Bamberger
(*pro hac vice*)
Matthew C. Solomon
(*pro hac vice*)
CLEARY GOTTLIEB
STEEN & HAMILTON LLP
2112 Pennsylvania Ave. NW
Washington, D.C. 20037
202-974-1500 (phone)
nbamberger@cgsh.com
msolomon@cgsh.com

David Meister
(*pro hac vice*)
Robert A. Fumerton
(*pro hac vice*)
Judith A. Flumenbaum
(*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhatan West
New York, NY 10001
(212) 735-3000 (phone)
david.meister@skadden.com
robert.fumerton@skadden.com
judy.flumenbaum@skadden.com

Shay Dvoretzky
(*pro hac vice*)
Parker Rider-Longmaid
(*pro hac vice*)
Sylvia O. Tsakos
(*pro hac vice*)
SKADDEN, ARPS, SLATE,

By: */s/ Rory K. Schneider*

AARON D. FORD
Attorney General

Jessica E. Whelan
(Bar No. 14781)
Chief Deputy
Solicitor General
Litigation
Sabrena K. Clinton
(Bar No. 6499)
Senior Deputy
Attorney General
State of Nevada
Office of the
Attorney General
1 State of Nevada Way,
Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
jwhelan@ag.nv.gov
sclinton@ag.nv.gov

Nicole A. Saharsky
(*pro hac vice*)
Minh Nguyen-Dang
(*pro hac vice*)
MAYER BROWN LLP
1999 K Street, NW
Washington, D.C. 20006
(202) 263-3000 (phone)
nsaharsky@mayerbrown.com
mnguyen-dang@mayerbrown.com

Rory K. Schneider
(*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500 (phone)
rschneider@mayerbrown.com

By: */s/ Adam Hosmer-Henner*

Adam Hosmer-Henner
(Bar No. 12779)
AG Burnett
(Bar No. 5895)
Jane Susskind
(Bar No. 15099)
Katrina Weil
(Bar No. 16152)
Thaddeus C. Houston
(Bar No. 17215)
MCDONALD CARANO LLP
2300 West Sahara Avenue,
Suite 1200
Las Vegas, NV 89102
(702) 873-4100 (phone)
ahosmerhenner@mcdonaldcarano.com
agburnett@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com
kweil@mcdonaldcarno.com
thouston@mcdonaldcarano.com

*Attorneys for Intervenor Defendant The Nevada Resort Association*

1  MEAGHER & FLOM LLP
   1440 New York Avenue NW
2  Washington, D.C. 20005       *Attorneys for Mike Dreitzer,*
   (202) 371-7000 (phone)        *George Assad, Chandeni K.*
3  shay.dvoretzky@skadden.com    *Sendall, The State of Nevada*
   parker.rider-                 *on Relation of the Nevada*
4  longmaid@skadden.com          *Gaming Control Board, and*
   sylvia.tsakos@skadden.com     *Aaron D. Ford*
5
6
7  *Attorneys for North American*
   *Derivatives Exchange, Inc.*
8  *d/b/a Crypto.com |*
   *Derivatives North America*
9

Page **3** of **4**

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED January 23, 2026.

*/s/ Lyndsey Mosbey*
An employee of SNELL & WILMER L.L.P.