# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

North American Derivatives Exchange, Inc,
_____
Plaintiff(s)

v.

Kirk D. Hendrick et al.
_____,
Defendant(s).

Case No.: 2:25-cv-00978
_____

**NON-PARTY REQUEST
FOR REMOTE ACCESS
TO CIVIL PROCEEDING**

I, _____ Nicole Valente _____, request permission for live
(name of requestor)

remote public access to the civil proceeding set for _____ February 12, 2026 _____
(date)

at __ 10:00 AM __ before Judge _____ Brenda Weksler _____.
(time)                                   (name of judge)

I understand that I am prohibited from recording, photographing, or retransmitting any part of the

proceeding.

Date of Request: February 9, 2026
_____

Requestor's Full Name: Nicole D. Valente
_____

Mailing Address: Milbank LLP
_____

55 Hudson Yards, New York, NY 10001
_____

Telephone number: 212.530.5061
_____

E-mail address: nvalente@milbank.com
_____

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
**The Clerk of Court**
**333 Las Vegas Blvd. South, Las Vegas, NV 89101 or**
**400 S. Virginia Street, Reno, Nevada 89501**
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov

_*Notice:_  This form and the information provided will be public record.