[*Counsel listed on signature page*]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

North American Derivatives Exchange, Inc. d/b/a Crypto.com | Derivatives North America,

    Plaintiff,

  v.

Mike Dreitzer, in his official capacity as Chairman of the Nevada Gaming Control Board; George Assad, in his official capacity as a Member of the Nevada Gaming Control Board; Chandeni K. Sendall, in her official capacity as a Member of the Nevada Gaming Control Board; the State of Nevada on relation of the Nevada Gaming Control Board; Aaron D. Ford, in his official capacity as Attorney General of Nevada,

    Defendants.

Case No.: 2:25-cv-00978-APG-BNW

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES IN COURT'S SCHEDULING ORDER**

**(THIRD REQUEST)**

   Plaintiff North American Derivatives Exchange, Inc. d/b/a Crypto.com | Derivatives North America ("CDNA") and State Defendants Mike Dreitzer, in his official capacity as Chairman of the Nevada Gaming Control Board; George Assad, in his official capacity as a Member of the Nevada Gaming Control Board; Chandeni K. Sendall, in her official capacity as a Member of the Nevada Gaming Control Board; the State of Nevada on relation of the Nevada Gaming Control Board; Aaron D. Ford, in his official capacity as Attorney General of Nevada, and Intervenor-Defendant Nevada Resort Association (collectively "Defendants"), by and through their attorneys of record, hereby stipulate and request, pursuant to Federal Rule of Civil Procedure 29 and Local Rule 26-3, that the Court extend the deadlines in the Discovery Plan and Scheduling Order adopted

1

on September 3, 2025 (ECF No. 56), as initially extended by the Stipulation and Minute Order entered on December 23, 2025 (ECF No. 140) (the "December Scheduling Order"), and as further extended by the Stipulation and Minute Order entered on April 6, 2026 (ECF No. 186) (the "April Scheduling Order"). In support thereof, the parties state as follows:

1. On June 5, 2025, CDNA filed a Motion for Preliminary Injunction. ECF No. 15. On August 4, 2025, CDNA filed a Motion for Judgment on the Pleadings and to Strike State Defendants' Denials and Defenses. ECF No. 42.

2. On August 28, 2025, the parties filed a Proposed Discovery Plan and Scheduling Order (ECF No. 54), which the Court adopted on September 3, 2025 (ECF No. 56).

3. On October 14, 2025, the Court denied CDNA's Motions for Preliminary Injunction, for Judgment on the Pleadings, and to Strike (the "Order"). ECF No. 105.

4. On November 13, 2025, CDNA filed a Notice of Appeal of the Order to the Ninth Circuit. ECF No. 114. That appeal is now fully briefed and oral argument was heard on April 16, 2026. *N. Am. Derivatives Exch. Inc. v. Nevada*, No. 25-7187 (9th Cir. Apr. 16, 2026), Dkt. No. 131.

5. On December 1, 2025, CDNA filed a Motion for a Protective Order ("MPO") to prevent discovery in this case. ECF No. 132.

6. On April 27, 2026, the Court denied CDNA's MPO. ECF No. 190.

7. On May 11, 2026, CDNA filed an Objection to the Court's Order Denying CDNA's MPO. ECF No. 191.

8. On June 10, 2026, the Court affirmed the Court's Order Denying CDNA's MPO. ECF No. 194.

9. On December 19, 2025, the parties filed a Joint Stipulation and Proposed Order to Extend Deadlines in the Discovery Plan and Scheduling Order for good cause (ECF No. 136), which the Court adopted on December 23, 2025 (ECF No. 140).

10. On January 30, 2026, the parties filed a proposed stipulated protective order and confidentiality agreement (ECF No. 158), which was granted on February 3, 2026 (ECF No. 164).

11. Pursuant to the Scheduling Order, the parties have completed initial disclosures, exchanged document requests, and begun document productions.

12. From January 2, 2026 until present, the parties have met-and-conferred regarding proposed search terms, date ranges, and custodians. Several issues regarding the permissible scope of discovery remain outstanding and are likely to require motions practice.

13. Under the current discovery schedule, fact discovery closes on August 7, 2026 (or 60 days after substantial completion of document productions); initial expert disclosures are due on August 28, 2026 (or 21 days after the close of fact discovery); and expert rebuttal disclosures are due September 28, 2026 (or 30 days after initial expert disclosures). *Id*. The discovery cut-off is October 19, 2026 (or 21 days after rebuttal expert disclosures). *Id*. Dispositive motions are due by November 17, 2026 (or 30 days after the close of expert discovery), and the pretrial order deadline is 30 days after the resolution of dispositive motions. *Id*.

14. The parties have stipulated to extend the time for the parties to continue to progress fact discovery, including to address ongoing discovery-related disputes. The parties agree that good cause exists for this extension, and that an extension will not prejudice any party. This is the third request by the parties to extend deadlines in this case.

15. Accordingly, the parties have agreed to extend the current discovery deadlines as follows:

    a.   Close of fact discovery: October 30, 2026;

    b.   Initial expert disclosures: November 20, 2026;

    c.   Rebuttal expert disclosures: December 18, 2026;

    d.   Close of expert discovery: January 22, 2027;

    e.   Dispositive motions and proposed joint pretrial order: Deadlines to be set by the Court, after Plaintiff's appeal of the Court's denial of its requested preliminary injunction is finally resolved and the mandate has issued.

16. The proposed schedule above is consistent with the operative schedules in the related matters of *KalshiEX, LLC v. Hendrick*, No. 25-cv-575, and *Robinhood Derivatives, LLC v. Dreitzer*, No. 25-cv-1541.

17. The parties therefore respectfully request that the Court extend the current deadlines as set forth in ¶ 15, *supra*.

Dated this 16th day of June, 2026.

*/s/ Judith A. Flumenbaum*
Bradley Austin
Nevada Bar No. 13064
Snell & Wilmer
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
baustin@swlaw.com

David Meister *(pro hac vice)*
Robert A. Fumerton *(pro hac vice)*
Judith A. Flumenbaum *(pro hac vice)*
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001
david.meister@skadden.com
robert.fumerton@skadden.com
judy.flumenbaum@skadden.com

Shay Dvoretzky *(pro hac vice)*
Parker Rider-Longmaid *(pro hac vice)*
Sylvia O. Tsakos *(pro hac vice)*
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005
shay.dvoretzky@skadden.com
parker.rider-longmaid@skadden.com
sylvia.tsakos@skadden.com

Nowell D. Bamberger (*pro hac vice*)
Matthew C. Solomon (*pro hac vice*)
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue NW
Washington, DC 20037
nbamberger@cgsh.com
msolomon@cgsh.com

*Attorneys for North American Derivatives Exchange, Inc.,*
*d/b/a Crypto.com | Derivatives North America*

[*Signatures continued*]

*/s/ Rory K. Schneider*
Jessica E. Whelan (Bar No. 14781)
Sabrena K. Clinton (Bar No. 6499)
State of Nevada
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
jwhelan@ag.nv.gov
sclinton@ag.nv.gov

Nicole A. Saharsky (*pro hac vice*)
Minh Nguyen-Dang (*pro hac vice*)
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006
nsaharsky@mayerbrown.com
mnguyen-dang@mayerbrown.com

Rory K. Schneider (*pro hac vice*)
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
rschneider@mayerbrown.com

*Attorneys for State Defendants*

*/s/ Adam Hosmer-Henner*
Adam Hosmer-Henner (Bar No. 12779)
A.G. Burnett (Bar No. 5895)
Jane Susskind (Bar No. 15099)
Katrina Weil (Bar No. 16152)
Thaddeus C. Houston (Bar No. 17215)
McDonald Carano LLP
100 W. Liberty St., 10th Floor
Reno, NV 89501
ahosmerhenner@mcdonaldcarano.com
agburnett@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com
kweil@mcdonaldcarano.com
thouston@mcdonaldcarano.com

*Attorneys for Intervenor-Defendant*

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

6