UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 12 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NORTH AMERICAN DERIVATIVES EXCHANGE, INC., d/b/a Crypto.com | Derivatives North America,

Plaintiff - Appellant,

v.

STATE OF NEVADA; et al.,

Defendants - Appellees,

NEVADA RESORT ASSOCIATION,

Intervenor-Defendant - Appellee.

No. 25-7187
D.C. No.
2:25-cv-00978-APG-BNW
District of Nevada,
Las Vegas

MANDATE

The judgment of this Court, entered August 28, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT